# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Mikelson v. United Services Auto. Ass'n | CAAP–12–00 00535 | 05/06/2013 | Vacated and Remanded |
| Johnson v. State | 30241 | 05/07/2013 | Vacated in Part, Remanded and Affirmed |
| Federal Nat. Mortg. Ass'n v. Medeiros | CAAP–12–00 00024 | 05/07/2013 | Affirmed |
| State v. Dietrich | CAAP–11–00 00705 | 05/17/2013 | Affirmed |
| Nishi v. Department of Educ. | CAAP–12–00 00550, CAAP–12–00 00634 | 05/08/2013 | Vacated and Remanded |
| State v. Harris | CAAP–11–00 01012 | 05/20/2013 | Affirmed |
| Waikoloa Development Co. v. Waikoloa Heights Land Investors, L.P. | 30043 | 05/20/2013 | Affirmed |
| State v. Walton | CAAP–11–00 00667 | 05/21/2013 | Affirmed |
| State v. Faleta | CAAP–12–00 00480 | 05/23/2013 | Affirmed |
| Makani Olu Partners, LLC v. Ah Sam | 30384 | 05/24/2013 | Affirmed |
| State v. Madela | CAAP–12–00 00062 | 05/29/2013 | Affirmed |
| Phillip G. Kuchler, Inc. v. Abe Lee Realty, LLC | CAAP–11–00 00721 | 05/31/2013 | Vacated and Remanded |
| State v. Baker | CAAP–11–00 00666 | 05/31/2013 | Affirmed |
| State v. Palic | CAAP–11–00 00609 | 06/06/2013 | Affirmed |
| State v. Johnson | CAAP–11–00 01015 | 06/10/2013 | Affirmed |
| Nepage-Fontes v. Nepage | CAAP–12–00 | 06/18/2013 | Vacated, Affirmed |

| | | | |
|---|---|---|---|
| | 00621 | | and Remanded |
| United Public Workers, AFSCME, Local 646, AFL-CIO v. Lingle ....................................... | CAAP– 12–00 00505 | 06/18/2013 | Vacated and Remanded |
| State v. Basnet ................................... | CAAP– 11–00 00762 | 06/19/2013 | Affirmed |
| Kellberg v. Yuen .................................. | CAAP– 12–00 00266 | 06/20/2013 | Vacated, Remanded and Dismissed |
| Beekman, In re ................................... | CAAP– 12–00 00594 | 06/25/2013 | Dismissed |
| McLaren v. Paradise Inn Hawaii, Inc. ................ | CAAP– 11–00 00460 | 06/27/2013 | Affirmed |
| State v. Davidsen ................................. | CAAP– 12–00 00415 | 06/18/2013 | Vacated and Remanded |
| State v. Tavares.................................. | CAAP– 11–00 00392 | 06/28/2013 | Vacated and Remanded |
| Lauster v. Eckerle ................................ | 30178 | 06/28/2013 | Affirmed in Part, Reversed in Part, Counter-claim is Reversed, and Other Parts are Affirmed |